United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE SUSAN POTTER,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-05834 (DMR)<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

On December 29, 2010, Defendants American Home Mortgage Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss"), pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 4. Defendants noticed a hearing on the Motion to Dismiss for February 10, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motion to Dismiss set for February 10, 2011 is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated: January 5, 2011



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California