IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIMEE SUSAN POTTER,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT/AMERICAN HOME MORTGAGE CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DEFAULT RESOLUTION NETWORK,

    Defendants.
    /

No. C 10-05834 WHA

**ORDER TO SHOW CAUSE**

Defendants' motion to dismiss is set for a hearing on March 3, 2011. Plaintiff is pursuing this action *pro se*. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on February 10, 2011, but no such opposition has been received. Plaintiff Jaimee Susan Potter is ordered to respond by **MARCH 1, 2011**, and show cause for her failure to respond to the motion in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition. The hearing on March 3, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff does not respond by March 1, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE