IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE SUSAN POTTER, | No. C 10-05834 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN BROKERS CONDUIT/AMERICAN HOME MORTGAGE CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DEFAULT RESOLUTION NETWORK, | |
| Defendants. | |

Plaintiff failed to respond to defendants' motion to dismiss, and she was ordered to show cause for this failure. She was warned explicitly that if she failed to respond to the order to show cause by the deadline, her case would be dismissed (Dkt. No. 16). She has failed to respond, so this case is dismissed. Judgment will be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: March 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE